JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FAREEDA MOHD,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, INC. DOES 1 TO 20,<br><br>Defendants. | **CASE NO.: 8:19-cv-01440-DOC-JDEx**<br><br>**ORDER TO REMAND [16]**<br><br>**Scheduling Conference:**<br><br>**Date:** September 9, 2019<br>**Time:** 8:30 a.m.<br>**Ctrm:** 9D – 9th Floor<br><br>**David O. Carter, U.S. District Judge** |

## ORDER TO REMAND

Pursuant to the Stipulation to Remand (Without Prejudice) filed by the parties on September 10, 2019, it is hereby ordered that this case be remanded forthwith to State Court – specifically the Superior Court of the State of California, County of Orange (OCSC Case No.: 30-2019-01077922-CU-PO-CJC).

IT IS SO ORDERED.

Dated: September 11, 2019         By: /s/ David O. Carter
                                   Honorable David O. Carter
                                   UNITED STATES DISTRICT JUDGE

-1-

**ORDER TO REMAND**